IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYRICE HOLCOMB,

    Plaintiff,

                                  Case No. 18-cv-608-bbc

  v.

TODD DART, LUIS FRANCA,
THE TOWN OF MADISON POLICE
DEPARTMENT, and THE STATE OF
WISCONSIN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.


|  |  |
|---|---|
| /s/ | 6/25/2019 |
| Peter Oppeneer, Clerk of Court | Date |